(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rey, Charles Allan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rey, Dolores Ann** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-9847** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-7371** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**44 Planters Row**<br>**Hilton Head Island, SC 29928** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2012 Burr Oak Drive**<br>**Glenview, IL 60025** |
| County of Residence or of the<br>Principal Place of Business:   **Beaufort** | County of Residence or of the<br>Principal Place of Business:   **Cook** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 23499**<br>**Hilton Head Island, SC 29925-3499** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>■ Individual(s)      ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other_____      ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7      ■ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business      ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | certifying that _____ able to pay fee except in installments.<br> Rule 1006(<br>*** DAVID K. V |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative ex[...] will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50[...]<br>$1[...] |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,00[...]<br>$100 million | [...] |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/21/2004
Time: 16:15:36
Debtor: CHARLES ALLEN REY
Case: 04-35040      Fee : 839
Chapter: 11 Rec. # : 3102201
Judge: A Benjamin Goldgar

1:04BK35040-BK001

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Rey, Charles Allan** **Rey, Dolores Ann** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Heartland Direct, Inc.** | Case Number: **04 - 22548** | Date Filed: **6/14/04** |
| District: **Northern District of Illinois, Eastern Division** | Relationship: **shareholder** | Judge: **Benjamin A. Goldgar** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Charles A. Rey_
Signature of Debtor Charles Allan Rey

X _Dolores Rey_
Signature of Joint Debtor  Dolores Ann Rey

Telephone Number (If not represented by attorney)

**September 17, 2004**
Date

### Signature of Attorney

X _David K. Welch_
Signature of Attorney for Debtor(s)
**DAVID K. WELCH  06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

**September 17, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _David K. Welch_          **September 17, 2004**
Signature of Attorney for Debtor(s)          Date
**DAVID K. WELCH**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles Allan Rey,**             Case No. _____
            **Dolores Ann Rey**

                               Debtors        Chapter _____ **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

         Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Newsub Magazine Services, LLC<br>Four High Ridge Park<br>Stamford, CT 06905 | Newsub Magazine Services, LLC<br>Four High Ridge Park<br>Stamford, CT 06905 | (Heartland)<br>Federal suit -<br>Polachek | Disputed | 1,190,780.00 |
| Memberworks<br>c/o Greenberg Traurig PC<br>77 W. Wacker Dr., #2500<br>Chicago, IL 60601 | Memberworks<br>c/o Greenberg Traurig PC<br>77 W. Wacker Dr., #2500<br>Chicago, IL 60601 | (Heartland) | Disputed | 1,080,175.00 |
| UPS Capital<br>280 Trumbull Street<br>Hartford, CT 06103 | UPS Capital<br>280 Trumbull Street<br>Hartford, CT 06103 | LMI and Ship E in suit 5c | Contingent | 170,000.00 |
| Allstar Marketing<br>Vedder, Price, Kaufman &<br>Kammholz<br>222 N. LaSalle St.<br>Chicago, IL 60601 | Allstar Marketing<br>Vedder, Price, Kaufman &<br>Kammholz<br>222 N. LaSalle St.<br>Chicago, IL 60601 | (Heartland)<br>Polachek suit | Disputed | 116,725.00 |
| Airoom Architects, Inc.<br>6825 N. Lincoln Ave.<br>Lincolnwood, IL 60712 | Airoom Architects, Inc.<br>6825 N. Lincoln Ave.<br>Lincolnwood, IL 60712 | | Disputed | 80,000.00 |

In re   Charles Allan Rey,
        Dolores Ann Rey

Case No. _____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mikamal-Fard<br>c/o Dronis Harrington & Wilson<br>77 W. Washington<br>Chicago, IL 60602 | Mikamal-Fard<br>c/o Dronis Harrington & Wilson<br>77 W. Washington<br>Chicago, IL 60602 | | Disputed | 26,000.00 |
| Bank One<br>PO Box 15153<br>Wilmington, DE 19886 | Bank One<br>PO Box 15153<br>Wilmington, DE 19886 | | | 24,632.00 |
| Shipman & Goodman, LLP<br>300 Atlantic St.<br>Stamford, CT | Shipman & Goodman, LLP<br>300 Atlantic St.<br>Stamford, CT | Legal Fees | | 23,668.00 |
| Citibank<br>P.O. Box 8810<br>South Hackensack, NJ 07606 | Citibank<br>P.O. Box 8810<br>South Hackensack, NJ 07606 | 2 accounts | | 21,005.00 |
| Discover Card<br>PO Box 15251<br>Wilmington, DE 19886 | Discover Card<br>PO Box 15251<br>Wilmington, DE 19886 | | | 14,066.00 |
| Target Visa<br>c/o Retailers National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | Target Visa<br>c/o Retailers National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | | | 8,000.00 |

In re   **Charles Allan Rey,**
        **Dolores Ann Rey**

Case No. _____

                                    Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sherman Acquisition c/o Wolpoff & Abramson, LLP 702 King Arm Blvd. Rockville, MD 20850 | Sherman Acquisition c/o Wolpoff & Abramson, LLP 702 King Arm Blvd. Rockville, MD 20850 | | Disputed | 6,053.13 |
| Capital One PO Box 85147 Richmond, VA 23276 | Capital One PO Box 85147 Richmond, VA 23276 | | | 5,804.00 |
| Keyth Technologies PO Box 1132 Glenview, IL 60025 | Keyth Technologies PO Box 1132 Glenview, IL 60025 | | Disputed | 5,500.00 |
| Designer Kitchens and Baths 360 South Waukegan Ave. Deerfield, IL 60015 | Designer Kitchens and Baths 360 South Waukegan Ave. Deerfield, IL 60015 | | Disputed | 5,000.00 |
| ABT Electronics 1200 N. Milwaukee Ave. Glenview, IL 60025 | ABT Electronics 1200 N. Milwaukee Ave. Glenview, IL 60025 | | Disputed | 5,000.00 |
| ENH Medical 1306 Waukegan Road Glenview, IL 60025 | ENH Medical 1306 Waukegan Road Glenview, IL 60025 | | | 3,000.00 |

In re    **Charles Allan Rey,**
      **Dolores Ann Rey**

Case No. _____

_____
Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Barrington Pool<br>PO Box 3906<br>Barrington, IL 60011 | Barrington Pool<br>PO Box 3906<br>Barrington, IL 60011 | | | 3,000.00 |
| Boyer-Rosene<br>2512 S. Clearbrook Dr.<br>Arlington Heights, IL 60005 | Boyer-Rosene<br>2512 S. Clearbrook Dr.<br>Arlington Heights, IL 60005 | storage charges | | 1,240.00 |
| Nahigian<br>5140 Golf Road<br>Skokie, IL | Nahigian<br>5140 Golf Road<br>Skokie, IL | | Disputed | 780.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **September 17, 2004**   _____

Signature _____
       **Charles Allan Rey**
       Debtor

Date   **September 17, 2004**   _____

Signature _____
       **Dolores Ann Rey**
       Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

9/15/04 11:37AM

## United States Bankruptcy Court
### Northern District of Illinois

In re    Charles Allan Rey
       Dolores Ann Rey

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................. | $ | 20,839.00 |
| Prior to the filing of this statement I have received............................................... | $ | 20,839.00 |
| Balance Due............................................................................................................. | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _9/21/04_

_David K. Welch_
**DAVID K. WELCH**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

# United States Bankruptcy Court
## Northern District of Illinois

In re    Charles Allan Rey
         Dolores Ann Rey

                                    Debtor(s)

Case No.
Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    32

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 17, 2004**

Charles Allan Rey
Signature of Debtor

Date:   **September 17, 2004**

Dolores Ann Rey
Signature of Debtor

ABT Electronics
1200 N. Milwaukee Ave.
Glenview, IL 60025

Designer Kitchens and Baths
360 South Waukegan Ave.
Deerfield, IL 60015

Mikamal-Fard
c/o Dronis Harrington & Wilson
77 W. Washington
Chicago, IL 60602

Airoom Architects, Inc.
6825 N. Lincoln Ave.
Lincolnwood, IL 60712

Discover Card
PO Box 15251
Wilmington, DE 19886

Nahigian
5140 Golf Road
Skokie, IL

Allstar Marketing
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle St.
Chicago, IL 60601

ENH Medical
1306 Waukegan Road
Glenview, IL 60025

Newsub Magazine Services, LLC
Four High Ridge Park
Stamford, CT 06905

Bank One
PO Box 15153
Wilmington, DE 19886

Exxon - Mobil
PO Box 4555
Carol Stream, IL

Newsub Magazine Services, LLC
c/o Novack & Macey
303 W. Madison, #1900
Chicago, IL 60606

Barrington Pool
PO Box 3906
Barrington, IL 60011

Federal Express
Attn: Barry T. Bammaro
501 Union Street, Suite 200
Nashville, TN 37219

Northview Bank & Trust
245 Ivan Kegan
Wilmette, IL 60091

Beaufort County Treasurer
PO Box 487
Beaufort, SC 29901-0487

Keyth Technologies
PO Box 1132
Glenview, IL 60025

Northview Bank & Trust
c/o Olson, Grabill & Flitcraft
707 SKokie Blvd., #420
Northbrook, IL 60062

Boyer-Rosene
2512 S. Clearbrook Dr.
Arlington Heights, IL 60005

Keyth Technologies, Inc.
c/o Law Offices of Gertler &Gertler
188 W. Randolph St.
Chicago, IL 60601

PIC
125 Armstrong Road
Des Plaines, IL 60018

Brg Inc.
253 Asland Court
Buffalo Grove, IL 60089

Lifetime Marketing, Inc.
PO Box 2279
Glenview, IL 60025-2279

Sherman Acquisition
c/o Wolpoff & Abramson, LLP
702 King Arm Blvd.
Rockville, MD 20850

Capital One
PO Box 85147
Richmond, VA 23276

MBM Company, Inc.
c/o Ferllgeh & Associates, Ltd.
29 S. La Salle St., #300
Chicago, IL 60603

Shipman & Goodman, LLP
300 Atlantic St.
Stamford, CT

Citibank
P.O. Box 8810
South Hackensack, NJ 07606

Memberworks
c/o Greenberg Traurig PC
77 W. Wacker Dr., #2500
Chicago, IL 60601

Sun Trust
5 Office Park Road
Hilton Head Island, SC 29925

Target Visa
c/o Retailers-National Bank
PO Box 59317
Minneapolis, MN 55459-0317


UPS Capital
280 Trumbull Street
Hartford, CT 06103