UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLES ALLAN REY and, | ) | No. 04 B 35040 |
| DOLORES ANN REY, | ) | |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## FINAL PRETRIAL ORDER

This matter is set for hearing on the motion of Northview Bank to modify stay at the United States Courthouse, 219 South Dearborn Street, Room 613, Chicago, Illinois on March 22, 2005 at 1:30 p.m. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

**1. Continuances.** The hearing date is firm. No continuance of the hearing date will be granted other than for exceptionally good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the hearing date.

**2. Discovery.** Except for expert discovery, discovery has closed. The parties shall designate expert witnesses and exchange expert reports on or before February 28, 2005. Expert depositions shall be concluded by March 11, 2005.

**3. Pleadings and Dispositive Motions.** No party seeks to file any further pleadings or any dispositive motions.

**4. Exhibits and Exhibit Lists.** On or before March 16, 2005, all parties must exchange and file with the court copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered in the order of its probable presentation at the hearing. Each document must be given a separate exhibit number.

In addition to the exhibits, all parties must exchange and file with the court a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

One (1) set of the exhibits and two (2) copies of the exhibit list must be filed with

court.

Objections to exhibits shall be filed no later than March 18, 2005. If no written objection to an exhibit is filed with the court and tendered to the proponent by that date, the exhibit will be deemed admitted into evidence.

5. **Witnesses and Witness Lists.** On or before March 16, 2005, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

6. **Courtesy Copies to Chambers.** Courtesy copies of all pretrial materials must be submitted to chambers no later than the filing date.

7. **Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

   a. Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

   b. Any witness not identified and listed in accordance with this Order will be barred from testifying at the hearing. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

Dated: January 24, 2005

ENTER: _____
A. Benjamin Goldgar
United States Bankruptcy Judge