**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** December 19, 2005 |
| **Bankruptcy Case** | Charles & Dolores Rey | No. 04 B 35040 |

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, and for the reasons stated on the record, all proceedings on the debtors' objection to the Newsub/Gift Services claim are stayed pending further order of court, and the objection is continued to April 10, 2006, at 10:00 a.m. Oral motion of Newsub and Gift Services to lift the stay to permit them to establish and liquidate their claim in the pending district court action is granted. The stay is lifted only to permit entry of judgment in that action and no further. Final discovery cut-off on the debtors' objection to the claim of Vertrue Incorporated is April 3, 2006. Trial on the Vertrue claim objection is set for April 26, 2006, at 1:30 p.m. A pretrial order in the court's customary form will be entered and sent to counsel.

*[signature]*