Electronically Filed Document Case 04bk35040 Entered 03/09/2006 Filed by Jeffrey Dan Description Proposed Order Page 1 of 1

Case 04-35040 Doc 262 Filed 03/13/06 Entered 03/16/06 13:57:06 Desc Main Document Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 04-35040
CHARLES ALLAN REY and DOLORES ANN )
REY, ) Chapter 11
) Judge Goldgar
Debtors/Debtors-in-Possession. )

## ORDER GRANTING MOTION TO EXTEND DISCOVERY CLOSURE DATE AND CONTINUE TRIAL DATE

AT CHICAGO, ILLINOIS, in said District and Division, before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of March, 2006:

THIS MATTER COMING TO BE HEARD upon the Motion of CHARLES A. REY and DOLORES ANN REY, Debtors/Debtors-in-Possession, to Extend Discovery Closure Date and Continue Trial Date; proper notice having been provided; and this Court being fully advised in the premises.

IT IS HEREBY ORDERED:

A. The discovery closure date regarding the Objection to the Claim of Vertrue Incorporated is extended from April 3, 2006 to ~~June 2,~~ August 14, 2006. *Final cutoff.*

B. The trial on the Objection to the Claim of Vertrue Incorporated is ~~continued from~~ reset from April 26, 2006 to September 13, 2006, at 1:30 pm. *The pretrial order previously entered continues in full force and effect.*

ENTER: _____
JUDGE

MAR 13 2006

**DEBTORS' COUNSEL**
David K. Welch, Esq. (Atty. Reg. #06183621)
Jeffrey C. Dan, Esq. (Atty. Reg. #06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777