IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-35040 |
| ) | Consolidated with 04-22548 and |
| CHARLES ALLAN REY and DOLORES ANN ) | 06-4487 |
| REY, ) | |
| ) | Converted to Chapter 7 |
| Debtors/Debtors-in-Possession. ) | Judge Goldgar |

## FINAL REPORT AND ACCOUNT

NOW COME CHARLES ALLAN REY and DOLORES ANN REY, LIFETIME MARKETING, INC. and HEARTLAND DIRECT, INC., Debtors herein, by and through their Attorneys, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Court's Order of August 21, 2006, and submit this Final Report and Account, stating as follows:

1. On September 21, 2004, the Debtors Charles Allan Rey and Dolores Ann Rey filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On June 7, 2006, this Court entered an Order substantively consolidating this estate with the cases of Heartland Direct, Inc. Case No. 04-22548, and Lifetime Marketing, Inc. Case No. 06-4487.

3. On August 21, 2006, this Court entered an Order converting the Debtor's Chapter 11 case to a proceeding under Chapter 7 of the Bankruptcy Code ("Conversion Order").

4. Richard Fogel ("Trustee") has been appointed as interim Chapter 7 Trustee and continues to serve in such capacity.

5. The Conversion Order provides that the Debtor shall file a final report and account as required under Fed. R. Bankr. P. 1019(5).

6. The Debtors have turned over to the Trustee $31,895.04 that was held in the bank by the Debtors. The Debtors, through counsel and Charles Rey, the designated representative, have conferred with the Trustee and have attempted to provide all requested information to the Trustee. The Debtors continue to provide information to the Trustee as it is requested and obtained. The tangible assets of the Debtors are real estate in South Carolina worth approximately $2,800,000.00 and two vehicles located in South Carolina and one vehicle located in Glenview. There are also home furnishings belonging to Charles Allan Rey and Dolores Ann Rey and computer equipment belonging to Lifetime Marketing, Inc. Lifetime Marketing, Inc. also has inventory worth approximately $161,000.00 at retail value. The total value of all the tangible assets is approximately $3,100,000.00. There are no accounts receivable currently due to the corporate debtors.

7. There are a number of lawsuits currently pending and claims held by the Debtors. The value of the lawsuits and claims is not currently known. The pending lawsuits at the time of the Conversion Order include suits by Heartland Direct, Inc. against Chevron Products Company and Vertrue, Inc. Heartland Direct, Inc. also has claims against MBM Company, Inc. Lifetime Marketing Inc. holds claims against BRG, UPS, Digital Planet and Citicorp. Charles Allen Rey and Dolores Ann Rey have also contested the amounts allegedly due Suntrust for secured claims asserted in this case on the real property in South Carolina.

8. The Conversion Order further provides that the Debtors must file a Schedule of Unpaid Post-Petition Liabilities in the Chapter 11 cases. The Debtors have filed said schedule.

Respectfully submitted,

CHARLES ALLAN REY and DOLORES ANN REY, LIFETIME MARKETING, INC. and HEARTLAND DIRECT, INC., Debtors

By: _____
Charles Allen Rey

**DEBTORS' COUNSEL:**
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777

### VERIFICATION

I, Charles Allan Rey, designated representative of the Debtors, verify that I have read the foregoing Final Report and Account and that the information contained therein is true and accurate to the best of my knowledge, information and belief.

Date: September 20, 2006

_____
Charles Allan Rey