# Exhibit B

{000 EXH A0216724.DOC}

EXHIBIT B



Summary of Projects
September 16, 2008
Page 1

---

Selection Criteria

---

Slip.Date          2/28/2007 - 9/15/2008
Clie.Selection     Include: Charles Allen Rey

---

Totals for

| | Hours | Fees |
|---|---|---|
| 11 - Case Admin./General | 8.70 | $3,297.00 |
| 12 - Fee Application/Client Billing | 8.70 | $1,862.50 |
| 14 - Attendance at Court Hrgs./Review Pleadings | 1.60 | $400.00 |
| 20 - Preparation of Expert Report | 33.40 | $6,556.00 |
| 21 - Accounting/Auditing | 132.30 | $19,141.00 |
| Grand Total | 184.70 | $31,256.50 |



Summary of Professional Fees by Project                                      September 16, 2008
Charles Allen Rey
Period 02/28/07  through 09/15/08

11 - Case Admin./General

12 - Fee Application/Client Billing

14 - Attendance at Court Hrgs./Review Pleadings

20 - Preparation of Expert Report

21 - Accounting/Auditing

## Consultant Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Nancy Ross | 12.50 | 390.00 | $4,875.00 |
| Nancy Ross | 17.30 | 375.00 | $6,487.50 |
| Todd Plugge | 48.10 | 140.00 | $6,734.00 |
| Todd Plugge | 97.30 | 125.00 | $12,162.50 |
| Loraine  Torres | 9.50 | 105.00 | $997.50 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **184.70** | | **$31,256.50** |



Summary of Professional Fees by Project                                    September 16, 2008
Charles Allen Rey
Period 02/28/07  through 09/15/08

11 - Case Admin./General

Consultant Summary

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Nancy Ross | 2.30 | 390.00 | $897.00 |
| Nancy Ross | 6.40 | 375.00 | $2,400.00 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **8.70** | | **$3,297.00** |



Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 1

September 16, 2008

Professional Time by Project

| | | Hours | |
|---|---|---|---|

### 11 - Case Admin./General

| 2/28/2007 | Nancy Ross<br>Discussion w/Fogel re: approach to engagement. | 0.30 | 11 |
|---|---|---|---|
| | Nancy Ross<br>Email and voice mail to Richard Miller re transfer of documents for review. | 0.10 | 11 |
| 3/8/2007 | Nancy Ross<br>Call to J. Dan re: arrange to review records. | 0.10 | 11 |
| | Nancy Ross<br>Review of key dates for purposes of records review. | 1.00 | 11 |
| | Nancy Ross<br>Prepare template for records inventory. | 0.50 | 11 |
| 3/13/2007 | Nancy Ross<br>Vmail to R. Fogel re: preliminary results of review of records at Debtors' counsel office and computer records; send email with materials from review. | 0.20 | 11 |
| 5/3/2007 | Nancy Ross<br>Respond to inquiry from Novack & Macey. | 0.10 | 11 |
| 5/10/2007 | Nancy Ross<br>Review of records and preparation of summary for discussion with trustee and counsel. | 2.50 | 11 |
| | Nancy Ross<br>Meeting w/B. Shaw and R. Fogel w/T. Plugge to discuss results of investigation to date. | 1.50 | 11 |
| 5/21/2007 | Nancy Ross<br>Call w/Frenzel of Northview re: subpoena. | 0.10 | 11 |
| 3/13/2008 | Nancy Ross<br>Call w/B. Shaw re: location of records; review of records inventory for information; email same to B. Shaw. | 0.30 | 11 |
| 5/1/2008 | Nancy Ross<br>Call w/B. Shaw re: scheduling of disposition. | 0.10 | 11 |
| 5/20/2008 | Nancy Ross<br>Respond to B. Shaw emails re: scheduling deposition and deposition preparation. | 0.20 | 11 |



Charles Allen Rey                                                                                    September 16, 2008
Period 02/28/07 through 09/15/08
Page 2

Professional Time by Project

|  |  | Hours |  |
| --- | --- | --- | --- |
| 5/30/2008 Nancy Ross<br>Review of response to discovery request and attached documents. | | 0.40 | 11 |
| 6/4/2008 Nancy Ross<br>Call from Shaw; forward CV. | | 0.10 | 11 |
| Nancy Ross<br>Call from Shaw; check on originals of documents; email to Plugge re: question. | | 0.20 | 11 |
| 6/5/2008 Nancy Ross<br>Calls from J. Dill and B. Shaw re: records and re-scheduling of deposition. | | 0.20 | 11 |
| 6/10/2008 Nancy Ross<br>Call w/T. Plugge re: Rey matter and additional records to review. | | 0.10 | 11 |
| Nancy Ross<br>Call w/B. Shaw re: status of matter and scheduling of next deposition; review of documents. | | 0.20 | 11 |
| 7/21/2008 Nancy Ross<br>Call w/B. Shaw re: case nos and timing. | | 0.10 | 11 |
| 7/28/2008 Nancy Ross<br>Call w/B. Shaw re: status. | | 0.20 | 11 |
| 9/4/2008 Nancy Ross<br>Contact B. Shaw re: settlement and disposition of documents. | | 0.20 | 11 |
| SUBTOTAL: | | 8.70 | |



Summary of Professional Fees by Project
Charles Allen Rey
Period 02/28/07  through 09/15/08

September 16, 2008

12 - Fee Application/Client Billing

Consultant Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Nancy Ross | 0.90 | 390.00 | $351.00 |
| Nancy Ross | 1.90 | 375.00 | $712.50 |
| Todd Plugge | 4.10 | 140.00 | $574.00 |
| Todd Plugge | 1.80 | 125.00 | $225.00 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **8.70** | | **$1,862.50** |



Charles Allen Rey                                                                          September 16, 2008
Period 02/28/07 through 09/15/08
Page 1

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| | **12 - Fee Application/Client Billing** | | |
| 6/5/2007 | Nancy Ross | 0.90 | 12 |
| | Review of time detail and expense detail; prepare invoice and billing. | | |
| 6/14/2007 | Todd Plugge | 1.80 | 12 |
| | Begin preparation of the Charles Allen Ray final fee application. | | |
| 6/18/2007 | Todd Plugge | 0.80 | 12 |
| | Continue preparation of the Charles Allen Rey final fee application for HRP. | | |
| 6/21/2007 | Todd Plugge | 1.50 | 12 |
| | Continue preparation of the Charles Allen Rey fee application for HRP. | | |
| 7/5/2007 | Nancy Ross | 0.10 | 12 |
| | Review of fee application. | | |
| 7/10/2007 | Nancy Ross | 0.50 | 12 |
| | Review of final fee application draft. | | |
| 7/12/2007 | Nancy Ross | 0.30 | 12 |
| | Review of final fee application. | | |
| 9/11/2008 | Nancy Ross | 0.50 | 12 |
| | Review of final fee application draft. | | |
| | Todd Plugge | 1.00 | 12 |
| | Begin preparation of the Charles Allen Ray final fee application. | | |
| 9/12/2008 | Todd Plugge | 0.80 | 12 |
| | Continue preparation of the Charles Allen Ray final fee application for HRP. | | |
| 9/15/2008 | Nancy Ross | 0.50 | 12 |
| | Review of final fee application. | | |
| | SUBTOTAL: | 8.70 | |



Summary of Professional Fees by Project
Charles Allen Rey
Period 02/28/07 through 09/15/08

September 16, 2008

14 - Attendance at Court Hrgs./Review Pleadings

Consultant Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Nancy Ross | 0.80 | 375.00 | $300.00 |
| Todd Plugge | 0.80 | 125.00 | $100.00 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **1.60** | | **$400.00** |



Charles Allen Rey                                                                                      September 16, 2008
Period 02/28/07 through 09/15/08
Page 1

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| | **14 - Attendance at Court Hrgs./Review Pleadings** | | |
| 2/28/2007 | Nancy Ross | 0.50 | 14 |
| | Hearing for retention. | | |
| 3/9/2007 | Todd Plugge | 0.80 | 14 |
| | Review court docket reports. | | |
| 8/22/2007 | Nancy Ross | 0.30 | 14 |
| | Go to courthouse for hearing on interim fee application. | | |
| | SUBTOTAL: | 1.60 | |



Summary of Professional Fees by Project                                    September 16, 2008
Charles Allen Rey
Period 02/28/07  through 09/15/08

### 20 - Preparation of Expert Report

#### Consultant Summary

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Nancy Ross | 7.80 | 390.00 | $3,042.00 |
| Todd Plugge | 23.60 | 140.00 | $3,304.00 |
| Loraine  Torres | 2.00 | 105.00 | $210.00 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **33.40** | | **$6,556.00** |



Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 1

September 16, 2008

Professional Time by Project

| | | Hours | |
|---|---|---:|---:|

### 20 - Preparation of Expert Report

| Date | Name / Description | Hours | |
|---|---|---:|---:|
| 7/15/2008 | Todd Plugge<br>Begin preparation of expert witness report and all supporting documents. | 1.80 | 20 |
| 7/16/2008 | Todd Plugge<br>Continue to review and catalog remaining documents and prepare a first draft of the expert witness report. | 2.90 | 20 |
| 7/17/2008 | Todd Plugge<br>Prepare draft of expert witness report and exhibits. | 1.30 | 20 |
| | Todd Plugge<br>Continue to update and prepare all necessary exhibits for expert witness report; review of past reports for reference. | 2.20 | 20 |
| 7/18/2008 | Todd Plugge<br>Revise the expert witness report. | 2.00 | 20 |
| | Todd Plugge<br>Continue to update and revise the exhibits to the expert witness report; research record retention guidelines to include in the expert witness report. | 2.50 | 20 |
| 7/21/2008 | Todd Plugge<br>Memos w/N. Ross re: Charles Allen Rey expert witness report. | 0.20 | 20 |
| | Nancy Ross<br>Review of draft report; edits of same. | 3.00 | 20 |
| 7/22/2008 | Nancy Ross<br>Review of draft report; edits of same. | 3.50 | 20 |
| | Todd Plugge<br>Continued to update and finalize a draft of the expert witness report with all exhibits for N. Ross to review. | 2.80 | 20 |
| | Todd Plugge<br>Working with N. Ross re: updates to the expert witness report and exhibits. | 0.80 | 20 |
| | Todd Plugge<br>Reviewed memo from N. Ross re: Charles Allen Rey expert witness report status and changes. | 0.20 | 20 |



Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 2

September 16, 2008

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 7/23/2008 | Todd Plugge<br>Continued to update and finalize a draft of the expert witness report.  Call with N. Ross and B. Shaw re: same. | 2.00 | 20 |
| | Todd Plugge<br>Review and update the draft of the expert witness report and all exhibits. | 1.20 | 20 |
| | Todd Plugge<br>Finalized the exhibit list, initial and supplemental review period document list, bank account information, and principal information sources. | 1.50 | 20 |
| 7/24/2008 | Todd Plugge<br>Reviewed comments from N. Ross re: expert witness report.  Made updates to the report accordingly.  Working with HRP staff to finalize and print for the report for filing. | 2.20 | 20 |
| | Nancy Ross<br>Discussion w/T. Plugge re: edits; review of same. | 0.30 | 20 |
| | Loraine  Torres<br>Work w/T. Plugge to organize draft of Expert Witness Report. | 0.50 | 20 |
| 7/25/2008 | Nancy Ross<br>Review of final draft of expert report. | 1.00 | 20 |
| | Loraine  Torres<br>Prepare revisions to the Expert Witness Report and send out by messenger. | 1.50 | 20 |
| | SUBTOTAL: | 33.40 | |



Summary of Professional Fees by Project                                        September 16, 2008
Charles Allen Rey
Period 02/28/07  through 09/15/08

21 - Accounting/Auditing

Consultant Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Nancy Ross | 1.50 | 390.00 | $585.00 |
| Nancy Ross | 8.20 | 375.00 | $3,075.00 |
| Todd Plugge | 20.40 | 140.00 | $2,856.00 |
| Todd Plugge | 94.70 | 125.00 | $11,837.50 |
| Loraine  Torres | 7.50 | 105.00 | $787.50 |
| **TOTAL PROFESSIONAL HOURS AND FEES** | **132.30** | | **$19,141.00** |



Charles Allen Rey                                                                September 16, 2008
Period 02/28/07 through 09/15/08
Page 1

Professional Time by Project

| | | Hours | |
|---|---|---|---|

### 21 - Accounting/Auditing

| Date | Name / Description | Hours | |
|---|---|---|---|
| 3/9/2007 | Nancy Ross<br>Review of documents at Crane Heyman offices. | 1.00 | 21 |
| | Nancy Ross<br>Direction and background to T. Plugge for review of records. | 0.40 | 21 |
| | Todd Plugge<br>Meeting w/Nancy Ross to discuss the background of the Charles Allen Rey case. | 0.40 | 21 |
| | Todd Plugge<br>Create a schedule of the Charles Allen Rey documents. | 4.00 | 21 |
| | Todd Plugge<br>Sorting and move Charles Allen Rey boxes. | 0.50 | 21 |
| | Todd Plugge<br>Pick up Charles Allen Rey documents from LaSalle Bank building. | 0.60 | 21 |
| 3/12/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 4.00 | 21 |
| 3/13/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 5.50 | 21 |
| 3/14/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 4.30 | 21 |
| 3/15/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 4.00 | 21 |
| 3/16/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 5.50 | 21 |
| 3/19/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 5.50 | 21 |
| 3/22/2007 | Todd Plugge<br>Continue updating the inventory of the Charles Allen Rey documents. | 3.50 | 21 |



Charles Allen Rey                                                                              September 16, 2008
Period 02/28/07 through 09/15/08
Page 2

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 3/22/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents. | 1.50 | 21 |
| 3/26/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents. | 3.50 | 21 |
| 3/27/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents. | 5.00 | 21 |
| 3/28/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents. | 4.30 | 21 |
| 3/29/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents. | 3.50 | 21 |
| 3/30/2007 | Todd Plugge<br>Continue to update the inventory  of the Charles Allen Rey documents. | 3.50 | 21 |
| 4/16/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents now including<br>documents provided by Mr. Rey. | 2.50 | 21 |
| 4/17/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents now including<br>documents  provided by Mr. Rey. | 2.00 | 21 |
| 4/18/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents now including<br>documents provided by Mr. Rey. | 1.00 | 21 |
| 5/1/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents now including<br>documents provided by Mr. Rey. | 2.40 | 21 |
| 5/2/2007 | Todd Plugge<br>Continue updating the inventory  of the Charles Allen Rey documents now including<br>documents provided by Mr. Rey. | 1.50 | 21 |
| 5/4/2007 | Nancy Ross<br>Review and analysis of records inventory . | 1.40 | 21 |
| 5/7/2007 | Nancy Ross<br>Review w/T. Plugge the analysis of the records by debtor. | 0.50 | 21 |



HIGH
RIDGE
PARTNERS

Charles Allen Rey                                                                    September 16, 2008
Period 02/28/07 through 09/15/08
Page 3

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 5/7/2007 | Todd Plugge<br>Filter the Charles Allen Rey spreadsheet to only include relevant documents; delete files that don't pertain to the three debtors and are not in the 4-year relevant period; prepare separate spreadsheets for each debtor for easy analysis. | 5.00 | 21 |
| 5/8/2007 | Todd Plugge<br>Finish filtering Charles Allen Rey spreadsheet. | 1.00 | 21 |
| 5/9/2007 | Todd Plugge<br>Prepare list of vital records for each debtor and detail if those records were produced or not. | 1.00 | 21 |
| | Todd Plugge<br>Meeting w/N. Ross to prepare for our meeting with Shaw and Fogel. | 0.40 | 21 |
| | Todd Plugge<br>Pull all important documents to prepare for our meeting w/Brian Shaw and Rick Fogel. | 2.00 | 21 |
| | Todd Plugge<br>Review tax returns for each debtor to see if there are any missing banks and/or bank accounts. | 1.00 | 21 |
| | Nancy Ross<br>Review of selected tax returns; financial statements and other financial documents. | 1.50 | 21 |
| | Nancy Ross<br>Review of summaries w/T. Plugge; discussion of findings. | 0.50 | 21 |
| | Todd Plugge<br>Filter the Charles Allen Rey spreadsheet and separate files by bank records, tax returns, financial statements, bank debt, and real estate documents. | 4.00 | 21 |
| 5/10/2007 | Nancy Ross<br>Review of Lifetime records re: Ship E and International Classics Sales. | 0.50 | 21 |
| | Todd Plugge<br>Prepare for meeting w/N. Ross, Fogel, and Shaw; finalize spreadsheet, print documents, copy vital records, finalize the vital records worksheet, etc. | 2.50 | 21 |
| | Todd Plugge<br>Meeting w/N. Ross, Fogel and Shaw at HRP to discuss the record retention of each debtor and how to proceed. | 1.50 | 21 |



Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 4

September 16, 2008

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 5/14/2007 Todd Plugge<br>Email to Brian Shaw and Rick Fogel re: bank account information and preliminary notes for each debtor. | | 0.30 | 21 |
| Nancy Ross<br>Review of revised summary; review of SOFA and Schedules for Heartland and Lifetime. | | 1.00 | 21 |
| Todd Plugge<br>Prepare list of banks, account numbers, dates obtained, and dates missing; update the preliminary notes files for each debtor. | | 3.00 | 21 |
| 5/30/2007 Nancy Ross<br>Review of draft complaint. | | 0.70 | 21 |
| Todd Plugge<br>Review complaint objecting to discharge for Charles Rey and make changes to some of the details. | | 1.00 | 21 |
| Todd Plugge<br>Meeting w/N. Ross to discuss the objection to discharge; discuss the changes to the document. | | 0.50 | 21 |
| 5/31/2007 Nancy Ross<br>Review of draft complaint re: denial of discharge - discussion w/T. Plugge - checking of records. | | 0.70 | 21 |
| Todd Plugge<br>Meeting w/N. Ross to discuss changes to the objection to discharge and prepare for a call w/Brian Shaw. | | 0.90 | 21 |
| Todd Plugge<br>Call w/Brian Shaw to discuss the complaint and provide detailed changes to the document re: the Rey files produced. | | 0.50 | 21 |
| Todd Plugge<br>Create a schedule to detail the number of documents produced by Charles Allen Rey and how many of them are relevant to the case, | | 0.80 | 21 |
| Todd Plugge<br>Prepare email to Brian Shaw to outline more changes to the revised complaint document. | | 0.50 | 21 |
| 6/1/2007 Todd Plugge<br>Call to Brian Shaw re: copying relevant documents before sending them back to Novak and Macey. | | 0.30 | 21 |



HIGH
RIDGE
PARTNERS

Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 5

September 16, 2008

Professional Time by Project

|  |  | Hours |  |
|---|---|---:|---:|
| 6/5/2008 | Todd Plugge<br>Review memos from N. Ross re: search for disbursement journals; calls w/HRP staff, N. Ross and memos w/B. Shaw re: same. | 1.10 | 21 |
| 6/10/2008 | Todd Plugge<br>Call w/N. Ross and review of memo from B. Shaw and action items. | 0.30 | 21 |
| 6/16/2008 | Todd Plugge<br>Calls w/B. Shaw and J. Dan from   Crane Heyman re: open issues and set up appointment to review records; review discovery and attachment from B. Shaw to prepare for meeting and document review at Crane Heyman; review previously produced documents re: same. | 2.50 | 21 |
| 6/19/2008 | Todd Plugge<br>Meeting w/J. Dan at Crane Heyman to review new documents produced; continue to update spreadsheet of documents produced. | 3.80 | 21 |
| 6/20/2008 | Todd Plugge<br>Calls w/B. Shaw re: discussion of documents at Crane Heyman and action items going forward. | 0.20 | 21 |
|  | Todd Plugge<br>Meeting w/N. Ross re: status of meeting at Crane Heyman and review of documents. | 0.40 | 21 |
| 7/2/2008 | Todd Plugge<br>Calls w/B. Shaw re: meeting preparation for review of bank documents at Shaw Gussis. | 0.20 | 21 |
|  | Todd Plugge<br>Work w/L. Torres to review and catalog documents; meeting w/N. Ross re: same. | 0.70 | 21 |
|  | Todd Plugge<br>Meeting w/L. Torres re: preparation for document review and tracking. | 0.50 | 21 |
|  | Loraine  Torres<br>Review and catalog documents. | 7.50 | 21 |
| 7/3/2008 | Todd Plugge<br>Calls w/B. Shaw re: review of documents and meeting preparation. | 0.20 | 21 |
| 7/7/2008 | Todd Plugge<br>Calls w/B. Shaw re: meeting to review recently produced documents by the debtor; review of documents re: same. | 0.40 | 21 |
| 7/14/2008 | Nancy Ross<br>Review of files produced by Debtor's counsel. | 1.50 | 21 |



Charles Allen Rey
Period 02/28/07 through 09/15/08
Page 6

September 16, 2008

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 7/14/2008 | Todd Plugge<br>Review and catalog supplemental documents produced by the Debtors; meeting w/N. Ross re: same. | 1.90 | 21 |
| | Todd Plugge<br>Meeting at Shaw Gussis to review and catalog subpoenaed bank account records. | 2.00 | 21 |
| 7/15/2008 | Todd Plugge<br>Continued review and catalog of supplemental documents produced by the Debtors; review memo from N. Ross re: documents produced in specific boxes. | 1.70 | 21 |
| 7/22/2008 | Todd Plugge<br>Continued to update and revise the exhibits to the expert witness report.  Researched record retention guidelines to include in the expert witness report. | 3.40 | 21 |
| | Todd Plugge<br>Updated the preliminary notes on record for Charles Allen Rey, Heartland Direct, and Lifetime Marketing.  Also updated the bank account information to include all supplemental bank account information. | 1.10 | 21 |
| | SUBTOTAL: | 132.30 | |

HIGH RIDGE PARTNERS, INC.
Expenses for
Charles Allen Rey

| Date | Source Name | Memo | Billing Status | Amount |
|---|---|---|---|---|
| **Charles Allen Rey** | | | | |
| 02/20/2007 | Nancy Ross | Cab to/from Novack & Macey | Unbilled | 12.00 |
| 03/09/2007 | Chicago Messenger Service | Messenger from Novek & Macey | Unbilled | 92.24 |
| 05/31/2007 | Copies | 15 copies @ .15 each | Unbilled | 2.25 |
| 07/31/2007 | Chicago Messenger Service | Messenger to Shaw Gussis | Unbilled | 6.95 |
| 06/25/2008 | Chicago Messenger Service | Messenger to Shaw Gussis | Unbilled | 6.95 |
| 07/31/2008 | Copies | 82 copies @ .15 each | Unbilled | 12.30 |
| 08/06/2008 | Chicago Messenger Service | Messenger to Shaw Gussis | Unbilled | 6.95 |
| TOTAL | | | | $ 139.64 |

9/16/2008