# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | June 30, 2010 |
| **Bankruptcy Case** | 04 B 35040 | **Adversary No.** | |
| **Title of Case** | Charles Allan Rey and Dolores Ann Rey | | |

**Brief Statement of Motion**

Amended Objection to Claim No. 17 of Vertrue Incorporated

(Re: docket entry no.462)

**Names and Addresses of moving counsel**

Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar

135 S. LaSalle St., Suite 3705

Chicago, Illinois 60603

**Representing** Debtors

## ORDER

Amended objection to claim number 17 of Vertrue Incorporated, docket entry no.462, is consolidated for trial with adversary proceeding case no. 08A1031. Trial is set for January 19, 2011 at 1:30 p.m. Final pretrial order is entered on the adversary docket.

*[signature]*