UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re | Chapter 7 |
|---|---|
| Charles Allen Rey and Dolores Ann Rey, et al., | Case No. 04-35040<br>Substantively Consolidated |
| Debtors. | Hon. A. Benjamin Goldgar |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| Name of Applicant: | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC |
|---|---|
| Authorized to Provide Professional Services to: | Richard M. Fogel, chapter 7 trustee |
| Date of Order Authorizing Employment: | September 6, 2006, effective as of August 21, 2006 |
| Period for Which Compensation is Sought: | September 1, 2008 through February 29, 2012 |
| Amount of Fees Sought: | $30,803.00 |
| Amount of Expense Reimbursement Sought: | $297.53 |
| This is a(n): | ☐ Interim Application        ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 12/18/07 | 0/21/06-11/30/07 | $83,222.06 | $82,542.06 | $680.00 |
| 09/24/08 | 12/01/07-08/31/08 | $44,913.17 | $44,913.17 | $0.00 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:    $127,455.23.

Applicant:         Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

Date:  February 29, 2012          By:    /s/ Richard M. Fogel

{5790 CVR A0313427.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Charles Allen Rey and Dolores Ann Rey, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 04-35040<br>Substantively Consolidated<br><br>Hon. A. Benjamin Goldgar |

## FINAL APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC AS COUNSEL FOR THE TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis"), counsel Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") of the consolidated bankruptcy estate of Charles Allan and Delores Ann Rey, Heartland Direct and Lifetime Marketing, Inc. (collectively, the "Debtors"), pursuant to Sections 330(a) and 331 of Title 11, Unites States Code (the "Bankruptcy Code"), respectfully presents its Final Application For Allowance of Compensation and Reimbursement of Expenses (the "Application") for the period of September 1, 2008 through February 29, 2012 (the "Application Period"), and in support thereof, respectfully states as follows:

### BACKGROUND

1. On August 21, 2006 (the "Conversion Date"), this Court entered an order converting the Debtors consolidated chapter 11 case (the "Case") to one under chapter 7.

2. Thereafter, the Trustee was appointed to administer the Debtors' estate (the "Estate").

{5790 APPL A0313404.DOC}

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF SHAW GUSSIS

4.      Shortly after the Conversion Date, the Trustee applied to this Court for an order approving the retention of Shaw Gussis as his counsel in connection with the Case (the "Retention Application"). On September 6, 2006, this Court approved the retention of Shaw Gussis pursuant the terms set forth in the Retention Application, effective as of August 21, 2006 (the "Retention Order"). (Dkt. No. 349).

5.      In evaluating this Application, this Court should consider the value of the services rendered by Shaw Gussis on behalf of the Trustee, the nature and complexity of the issues presented, the skill required to perform the legal services properly, the customary fees charged by other professionals in similar cases, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. These factors, whether viewed individually or collectively, support an award of the requested compensation in full.

## SERVICES RENDERED BY SHAW GUSSIS

6.      Throughout the Application Period, Shaw Gussis rendered 93.90 hours of legal and paraprofessional services to the Trustee having an aggregate value of $30,803.00, for an average hourly rate of approximately $328.00. Over the course of the administration of this case, Shaw Gussis provided professional services to the Trustee with respect to virtually every aspect of the Case. All of the services for which compensation is requested were services which, in Shaw Gussis' billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

7.  This is Shaw Gussis third and final application for compensation and reimbursement of expenses. On January 9, 2008, the Court entered an order approving Shaw Gussis' first interim application for compensation and allowing Shaw Gussis a total of $82,542.06 for fees and expenses incurred (Dkt. No. 435). On October 20, 2008, the Court entered an order approving Shaw Gussis' second interim application for compensation and allowing Shaw Gussis a total of $44,913.17 for fees and expenses incurred (Dkt. No. 462). The Trustee has since paid such fees and expenses in full but has not paid Shaw Gussis on account of any services provided or expenses incurred during the Application Period.

8.  Annexed hereto as Exhibit A is a copy of Shaw Gussis' fee statement (the "Fee Statement") for services provided and expenses incurred during the Application Period.

9.  In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Gussis' services during the Application Period and in compliance with Local Bankruptcy Rule 5082-1, Shaw Gussis has classified its services into four (4) separate categories of services as follows:

| Description | Total Hours | Fees Incurred |
|---|---|---|
| Case Administration | 7.50 | $2,985.50 |
| Claims | 68.00 | $21,176.50 |
| Employment/Compensation of Professionals | 14.70 | $5,037.00 |
| Objection to Discharge | 3.70 | $1,604.00 |
| **TOTAL** | **93.90** | **$30,803.00** |

10.  The following is a separate description of each of Shaw Gussis' principal categories of activities, which generally describe the tasks performed. The Fee Statement provides detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time expended in each category. Summary charts for each

{5790 APPL A0313404.DOC}                3

category setting forth each professional who rendered services, total time and value of services and the total dollar value are provided herein.

### Case Administration

11.  Shaw Gussis expended 7.50 hours of professional services having a value of $2,985.50 in connection with services pertaining to case administration. Services rendered by Shaw Gussis in this category primarily included responding to motions and subpoenas relating to the action that Charles Rey asserted against MBM pursuant to the terms of the settlement resulting in his waiver of discharge. Under the terms of the settlement, the Trustee was entitled to receive 50% of any net recoveries from MBM, Vertrue or Citibank.

12.  All of the services rendered in this category were provided by Brian L. Shaw.

### Claims

13.  Shaw Gussis expended 68.00 hours of professional services having a value of $21,176.50 in connection with services pertaining to the Trustee's objections to claims of certain insider creditors and certain third party creditors during the Application Period. Services provided by Shaw Gussis in this category generally included, among other things, the review of documents relating to the Debtors' financial affairs and the various proofs of claim and the preparation and prosecution of the Trustee's objections to claims, all of which were sustained by the Court.

14.  The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Brian L. Shaw | 23.40 | $10,257.00 |
| Richard M. Fogel | 0.9 | $396.00 |

{5790 APPL A0313404.DOC}                               4

| Patrick A. Clisham | 10.10 | $2,808.50 |
| Vipin R. Gandra | 1.40 | $350.00 |
| Marylynne Schwartz | 28.90 | $6,791.50 |
| Patricia Fredericks | 2.50 | $437.00 |
| Melissa A. Westbrook | 0.80 | $136.00 |

### Employment/Compensation of Professionals

15.  Shaw Gussis expended 14.70 hours of professional services having a value of $5,037.00 in connection with compensation of the Trustee's professionals during the Application Period. Services provided by Shaw Gussis in this category generally included the preparation and presentment of the Trustee's applications to compensate the Trustee's attorneys, accountants and financial consultant.

16.  The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Brian L. Shaw | 4.40 | $1,870.00 |
| Richard M. Fogel | 2.50 | $1,100.00 |
| Patrick A. Clisham | 7.80 | $2,067.00 |

### Objection to Discharge

17.  Shaw Gussis expended 3.70 hours of professional services having a value of $1,604.00 in connection with services pertaining to the Trustee's objection to the Debtor's discharge during the Application Period. Services rendered by Shaw Gussis in this category include preparation and filing of Charles Rey's waiver of discharge pursuant to the settlement with the Trustee and appearing at the hearing before the Court to conclude the matter.

18.  All of the services rendered in this category were provided by Brian L. Shaw.

## Summary of Services Rendered By Professional

19. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Avg. Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Brian L. Shaw | Member | $425-450 | 37.10 | $16,251.00 |
| Richard M. Fogel | Of Counsel | $440 | 3.40 | $1,496.00 |
| Patrick A. Clisham | Associate | $265-280 | 17.90 | $4,875.00 |
| Vipin G. Gandra | Associate | $250 | 1.40 | $350.00 |
| Marylynne Schwartz | Associates | $245 | 30.80 | $7,257.00 |
| Patricia M. Fredericks | Paralegal | $175 | 2.50 | $437.50 |
| Melissa A. Westbrook | Paralegal | $170 | 0.80 | $136.00 |

20. The hourly rates charged by Shaw Gussis compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Gussis professionals providing services to the Trustee in connection with the Case. Further, the amount of time spent by Shaw Gussis with respect to the Case is reasonable given the difficulty of the issues presented, the time contracts imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Estate.

21. Shaw Gussis has conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Trustee. On certain occasions, however, Shaw Gussis had more than one attorney attend a meeting to strategize on issues that had particular import on multiple areas of the Case. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

22.    Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Gussis respectfully submits that the requested final compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

23.    The actual and necessary costs expended by Shaw Gussis during the Application Period are detailed in the monthly invoices. The requested reimbursement amount for expenses incurred is $297.53. All of the expenses for which reimbursement is sought are expenses that Shaw Gussis customarily recoups from all of its clients.

24.    The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
| --- | --- |
| Commercial Messenger Delivery (e.g., Metro) | $16.32 |
| Photocopy | $101.80 |
| Postage | $66.00 |
| PACER | $25.92 |
| Westlaw | $64.13 |
| Federal Express | $23.36 |
| **TOTAL:** | **$297.53** |

25.    <u>Photocopy</u>: Photocopy charges include internal and outsourced copies. Generally, Shaw Gussis makes all copies internally. All internal copies are billed at a rate of $0.10 per page. Shaw Gussis maintains a record of copy charges made through a computerized

{5790 APPL A0313404.DOC}                7

system, which requires the operator to input a client's billing code on a keypad attached to the copier. Where a large copy job may be more efficiently conducted by an outside copying service, Shaw Gussis charges the actual costs for expenses incurred. Outsourced copying services may include binding or color copying.

26. <u>Postage / Messenger Delivery / Overnight Delivery</u>: In order to keep overnight delivery carrier charges to a minimum, service of most pleadings was accomplished by ordinary mail. Where expedited delivery was necessary to ensure timely delivery of sensitive information, such as settlement checks, Shaw Gussis utilized a reputable common carrier, such as Federal Express or UPS, or local messenger service.

27. All expenses incurred by Shaw Gussis incidental to its services were customary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Shaw Gussis bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## COMPLIANCE WITH 11 U.S.C. § 504

28. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Gussis and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Gussis.

## NOTICE

29. Notice of this Motion was provided to the Debtors, the Office of the United States Trustee, parties requesting notice in this case, and all of the Debtors' creditors by the Clerk of the Court.

WHEREFORE, Shaw Gussis requests the entry of an order that:

(a)  Allows Shaw Gussis $30,803.00 as final compensation for the Application Period;

(b)  Allows Shaw Gussis $297.53 as final expense reimbursement for the Application Period;

(c)  Authorizes and directs the Trustee to pay Shaw Gussis entire amount of such allowed fees and expenses; and

(d)  Provides Shaw Gussis with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

Dated: February 29, 2012                By:____/s/ Richard M. Fogel_____

Brian L. Shaw (#6216834)
Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888

{5790 APPL A0313404.DOC}                9

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 5743
February 29, 2012

Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey
c/o Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., #800
Chicago, IL 60610

ID: 5790-000 - RF

Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY)

For Services Rendered Through 2/29/2012

**Please include Invoice Number with Payment**

| | |
|---|---|
| Current Fees | 30,803.00 |
| Current Disbursements | 297.53 |
| **Total Current Charges** | **31,100.53** |

**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey | February 29, 2012 |
| I.D. 5790-000 - RF | Invoice 5743 |
| Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY) | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 03/09/11 | BLS | Review motion of MBM to modify stay for defense of action (.3); speak to client and review emails re same (.2). | 0.50 | 450.00 | 225.00 |
| 03/10/11 | BLS | Speak to client re Debtor's odd position on motion (.2); review document re same (.2). | 0.40 | 450.00 | 180.00 |
| 03/14/11 | BLS | Prepare for court appearance re MBM stay motion (.2); speak to client re same (.2); appear for same (1.1); speak to client re result of same (.2). | 1.70 | 450.00 | 765.00 |
| 04/06/11 | BLS | Review email re general case status (.1). | 0.10 | 450.00 | 45.00 |
| 07/11/11 | BLS | Review subpoena from MBM litigation (.2). | 0.20 | 450.00 | 90.00 |
| 07/12/11 | MLS | Research whether person serving third party subpoena on trustee must modify stay or seek leave of court. | 1.90 | 245.00 | 465.50 |
| 07/13/11 | BLS | Work on response to MBM subpeona (1.2). | 1.20 | 450.00 | 540.00 |
| 07/14/11 | BLS | Work on response to MBM subpoena (.3); speak to M. Ralph re same (.3). | 0.60 | 450.00 | 270.00 |
| 07/18/11 | BLS | Follow up on preparation of documents in response to MBM subpoena (.2). | 0.20 | 450.00 | 90.00 |
| 07/25/11 | BLS | Review various documents or MBM production (.5) email M. Ralph re same (.1); speak to R. Fogel re same (.1). | 0.70 | 450.00 | 315.00 |
| | | **Case Administration Totals** | **7.50** | | **2,985.50** |
| **Claims** | | | | | |
| 10/14/08 | BLS | Speak to R. Fogel re objections to insider claims (.2). | 0.20 | 425.00 | 85.00 |
| 10/27/08 | BLS | Follow up on claim objection issues with client (.2); review and respond to emails re same (.2). | 0.20 | 425.00 | 85.00 |
| 10/27/08 | PMF | Confer with Ms. Reed at IRS several times re: duplicate claims. Agree that IRS will withdraw one of its claims and amend another. Confer with R. Fogel re: same. | 1.40 | 175.00 | 245.00 |
| 10/28/08 | BLS | Follow up regarding Dan response to claim objection issues (.2); review email re same (.1); speak to client re same (.1). | 0.40 | 425.00 | 170.00 |
| 11/11/08 | BLS | Review emails re insider claims and speak to R. Fogel re same (.3). | 0.30 | 425.00 | 127.50 |
| 11/17/08 | PMF | Phone call to IRS re; amendment to claim. | 0.20 | 175.00 | 35.00 |
| 11/19/08 | PMF | Follow up phone call to G. Reed at IRS re: amending claim. | 0.30 | 175.00 | 52.50 |
| 12/01/08 | BLS | Review documents from J. Dan re insider claims (.3); speak to M. | 0.40 | 425.00 | 170.00 |

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**

---

| | | | | | |
|---|---|---|---|---|---|
| Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey | | | | | February 29, 2012 |
| I.D. 5790-000 - RF | | | | | Invoice 5743 |
| Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY) | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Herman re same (.1). | | | |
| 12/01/08 | PMF | Review amended claim filed by IRS to determine if it accurately reflects our request. | 0.60 | 175.00 | 105.00 |
| 12/04/08 | MAW | Reviewed bank statements for account records requested by B. Shaw. | 0.70 | 170.00 | 119.00 |
| 12/09/08 | MAW | Met with B. Shaw re requested account records. | 0.10 | 170.00 | 17.00 |
| 12/10/08 | PAC | Review and analyze Rey family claims (.3); drafting form objections to same (1.0) | 1.30 | 265.00 | 344.50 |
| 12/11/08 | BLS | Review documents re insider claims pulled by M. Herman (.5). | 0.50 | 425.00 | 212.50 |
| 12/12/08 | BLS | Speak to client re documents (.2). | 0.20 | 425.00 | 85.00 |
| 12/15/08 | BLS | Speak to P; Clisham re additional bank documents (.2). | 0.20 | 425.00 | 85.00 |
| 12/31/08 | BLS | Speak to client re objections (.2). | 0.20 | 425.00 | 85.00 |
| 01/05/09 | BLS | Review email and filing re Vertrue dispute (.1). | 0.10 | 440.00 | 44.00 |
| 01/05/09 | PAC | Voice message for G. Flitcraft concerning document request re: claims | 0.10 | 280.00 | 28.00 |
| 01/13/09 | BLS | Review order re claims objections | 0.10 | 440.00 | 44.00 |
| 01/21/09 | PAC | Email to G. Flitcraft requesting update of request for documents to bank | 0.10 | 280.00 | 28.00 |
| 01/23/09 | PAC | Email exchange with G. Flitcraft concerning status of bank's requested production | 0.20 | 280.00 | 56.00 |
| 02/09/09 | PAC | Email to G. Flitcraft concerning documents requested from bank | 0.10 | 280.00 | 28.00 |
| 03/05/09 | PAC | Email to G. Flitcraft requesting status of document request from Parkview Bank | 0.10 | 280.00 | 28.00 |
| 04/24/09 | PAC | Drafting objections to Rey related claims | 2.40 | 280.00 | 672.00 |
| 04/27/09 | BLS | Review and revise objections (1.1); speak to P. Clisham re same (.2). | 1.30 | 440.00 | 572.00 |
| 04/27/09 | PAC | Reviewing and revising draft objections/orders to Rey claims (1.8); draft objection/order to Connor claim (.8); research section 503(a)(3) historical maximums (.5) | 3.10 | 280.00 | 868.00 |
| 04/28/09 | BLS | Follow up on claims objection and insiders (.4). | 0.40 | 440.00 | 176.00 |
| 04/28/09 | PAC | Prepare exhibits and final revisions to claim objections (1.0); efile same (.4) | 1.40 | 280.00 | 392.00 |
| 04/30/09 | PAC | Voice message exchange with clerk's office concerning filing issues with Connor objection | 0.20 | 280.00 | 56.00 |
| 06/01/09 | PAC | Prepare for and attend hearing on trustee's objections to claims | 0.80 | 280.00 | 224.00 |
| 06/02/09 | BLS | Speak to R. Fogel re insider claims objections (.2); speak to P. Clisham re same (.2). | 0.40 | 440.00 | 176.00 |
| 06/02/09 | PAC | Email to trustee concerning objection to Rey claims and research on conflict of interest issues | 0.30 | 280.00 | 84.00 |
| 06/03/09 | BLS | Follow up on documents related to insider objection (.2). | 0.20 | 440.00 | 88.00 |
| 06/30/09 | BLS | Speak to R. Fogel re insider objection responses (.2); review motion to extend time (.2); speak to B. Hackney (.2). | 0.60 | 440.00 | 264.00 |
| 07/01/09 | BLS | Speak to R. Fogel re request for extension of time (.2). | 0.20 | 440.00 | 88.00 |

Page: 2

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**

Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey  
I.D. 5790-000 - RF  
Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY)

February 29, 2012  
Invoice 5743

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/09 | BLS | Speak to V. Gandra re court appearance on claim objection (.1). | 0.10 | 440.00 | 44.00 |
| 07/06/09 | VRG | Attend hearing on motion to extend time to file responses (.8) | 0.80 | 250.00 | 200.00 |
| 07/09/09 | BLS | Speak to client re another request for extension of time (.2). | 0.20 | 440.00 | 88.00 |
| 07/10/09 | BLS | Review next motion for extension of time (.2); speak to client re same (.2). | 0.20 | 440.00 | 88.00 |
| 07/15/09 | BLS | Prepare for court appearance re motion to extend (.2); speak to client re same (.2; appear at same (1.0). | 1.40 | 440.00 | 616.00 |
| 07/19/09 | BLS | Review response to objections (.5). | 0.50 | 440.00 | 220.00 |
| 07/29/09 | BLS | Pull claim objection documents from file and review same for bank documents (.4). | 0.40 | 440.00 | 176.00 |
| 07/30/09 | BLS | Speak to R. Fogel re consolidated reply to claimants' response (.1). | 0.10 | 440.00 | 44.00 |
| 08/02/09 | BLS | Draft omnibus reply for objections (3.1). | 3.10 | 440.00 | 1,364.00 |
| 08/03/09 | BLS | Revise reply for claim objections (1.1); speak to client re same (.2). | 1.30 | 440.00 | 572.00 |
| 08/05/09 | VRG | Research on claimant's burden re: reply to objection to insider claims (.6) | 0.60 | 250.00 | 150.00 |
| 08/10/09 | BLS | Revise omnibus reply for claim objections (1.1). | 1.10 | 440.00 | 484.00 |
| 08/11/09 | BLS | Review reply for filing (.2). | 0.20 | 440.00 | 88.00 |
| 08/26/09 | BLS | Prepare for objection to claims (.6); appear at same (1.0). | 1.60 | 440.00 | 704.00 |
| 08/27/09 | BLS | Review lengthy pretrial order and calendar same (.3). | 0.30 | 440.00 | 132.00 |
| 09/03/09 | MLS | Draft document production requests | 2.50 | 235.00 | 587.50 |
| 09/08/09 | MLS | Draft document production requests | 2.00 | 235.00 | 470.00 |
| 09/09/09 | MLS | Draft discovery request documents | 2.50 | 235.00 | 587.50 |
| 09/10/09 | MLS | Draft discovery request documents | 1.40 | 235.00 | 329.00 |
| 09/11/09 | MLS | Draft discovery request documents | 3.50 | 235.00 | 822.50 |
| 09/16/09 | BLS | Work on discovery (.3). | 0.30 | 440.00 | 132.00 |
| 09/16/09 | BLS | Review initial Charles Rey Jr, discovery requests and revise same (.8). | 0.80 | 440.00 | 352.00 |
| 09/17/09 | BLS | Speak to R. Fogel re discovery for claim objections (.1). | 0.10 | 440.00 | 44.00 |
| 09/17/09 | MLS | Revise discovery request documents | 0.80 | 235.00 | 188.00 |
| 09/18/09 | BLS | Work on discovery (.3). | 0.30 | 440.00 | 132.00 |
| 09/18/09 | MLS | Revise discovery request documents | 0.70 | 235.00 | 164.50 |
| 09/20/09 | BLS | Review revised discovery (.6). | 0.60 | 440.00 | 264.00 |
| 09/22/09 | BLS | Work on revised discovery requests for claim objections (.4). | 0.40 | 440.00 | 176.00 |
| 09/22/09 | MLS | Prepare discovery requests | 0.50 | 235.00 | 117.50 |
| 09/23/09 | MLS | Prepare discovery requests | 1.00 | 235.00 | 235.00 |
| 09/24/09 | BLS | Review revised discovery requests (.7); work on FAB settlement (.3). | 1.00 | 440.00 | 440.00 |
| 09/24/09 | MLS | Prepare discovery requests | 7.00 | 235.00 | 1,645.00 |
| 09/25/09 | BLS | Revise debtor discovery requests re claim objections (.9). | 0.90 | 440.00 | 396.00 |
| 09/25/09 | MLS | Prepare discovery requests | 3.00 | 235.00 | 705.00 |
| 10/05/09 | BLS | Speak to client re insider claims (.1). | 0.10 | 440.00 | 44.00 |

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**

---

Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey                February 29, 2012
I.D. 5790-000 - RF                                                                                    Invoice 5743
Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/09 | BLS | Speak to W. Hackney re insider claim objections (.2). | 0.20 | 440.00 | 88.00 |
| 10/07/09 | BLS | Speak to client re stipulation withdrawing claims (.2). | 0.20 | 440.00 | 88.00 |
| 10/09/09 | BLS | Follow up on insider claim settlement (.3). | 0.30 | 440.00 | 132.00 |
| 10/13/09 | BLS | Speak to M. Schwartz re agreed orders (.2). | 0.20 | 440.00 | 88.00 |
| 10/14/09 | MLS | Draft and revise agreed orders for settling claims 33-36 | 2.00 | 235.00 | 470.00 |
| 10/15/09 | BLS | Review and revise stipulations and agreed order for insider claims (.6). | 0.60 | 440.00 | 264.00 |
| 10/15/09 | MLS | Revise agreed orders for settling claims 33-36 | 0.40 | 235.00 | 94.00 |
| 10/19/09 | BLS | Work on stipulations for insider claims (.4). | 0.40 | 440.00 | 176.00 |
| 10/22/09 | BLS | Review signed orders (.2); review objections to make sure all completed (.4). | 0.60 | 440.00 | 264.00 |
| 11/03/09 | MLS | Draft order to enter stipulated agreement to disallow claims #33-36 | 1.40 | 235.00 | 329.00 |
| 11/04/09 | MLS | Revise motion and order to enter stipulated agreement to disallow claims #33-36 | 0.20 | 235.00 | 47.00 |
| 01/11/12 | RF | Prepare objection to Emerson Radio claim | 0.90 | 440.00 | 396.00 |
| | | **Claims Totals** | **68.00** | | **21,176.50** |

**Employment/Compensation of Professionals**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/08 | BLS | Work on Shaw Gussis fee statement (.9); speak to P. Clisham re same (.1). | 1.00 | 425.00 | 425.00 |
| 09/16/08 | PAC | Review and mark up time in preparation for second Shaw fee application | 0.50 | 265.00 | 132.50 |
| 09/17/08 | BLS | Revise High Ridge fee application (.8). | 0.80 | 425.00 | 340.00 |
| 09/17/08 | PAC | Drafting second interim fee application for Shaw Gussis (3.8); drafting cover sheet, notice and order for same (.6) | 4.40 | 265.00 | 1,166.00 |
| 09/18/08 | BLS | Revise Shaw fee application (.7). | 0.70 | 425.00 | 297.50 |
| 09/19/08 | BLS | Speak to client (.1) and P. Clisham (.1) re fee applications. | 0.20 | 425.00 | 85.00 |
| 09/22/08 | BLS | Review High Ridge and Shaw fee applications and pull orders for same (.4). | 0.40 | 425.00 | 170.00 |
| 09/22/08 | PAC | Review and revise draft Shaw fee application | 0.70 | 265.00 | 185.50 |
| 09/23/08 | PAC | Final prepare, efile, and serve Shaw Gussis and HRP fee applications | 0.60 | 265.00 | 159.00 |
| 09/23/08 | PAC | Review and revise draft Shaw fee applications (.6); review draft High Ridge fee application (.5); draft notice and proposed order for same (.5) | 1.60 | 265.00 | 424.00 |
| 10/20/08 | BLS | Prepare for hearing on fee applications (.4); attend same (.8); speak to R. Fogel re same (.1). | 1.30 | 425.00 | 552.50 |
| 02/28/12 | RF | Prepare final applications for compensation for Shaw Gussis (2.0) and Popowcer Katten (0.5) | 2.50 | 440.00 | 1,100.00 |
| | | **Employment/Compensation of** | **14.70** | | **5,037.00** |

---

Page: 4

## Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey  
I.D. 5790-000 - RF  
Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY)

February 29, 2012  
Invoice 5743

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Objection to Discharge** | | | | | |
| 09/02/08 | BLS | Draft and revise order re discharge and waiver (.7). | 0.70 | 425.00 | 297.50 |
| 09/04/08 | BLS | Review and respond to email re discharge waiver (.3). | 0.30 | 425.00 | 127.50 |
| 09/09/08 | BLS | Draft dismissal order (.4); prepare letter re same (.2). | 0.60 | 425.00 | 255.00 |
| 11/02/09 | BLS | Follow up on filing of stipulations (.2). | 0.20 | 440.00 | 88.00 |
| 11/03/09 | BLS | Review motion and order re filing of stipulations (.5). | 0.50 | 440.00 | 220.00 |
| 11/09/09 | BLS | Prepare for court appearance re stipulations (.2); appear at same (.9). | 1.10 | 440.00 | 484.00 |
| 11/11/09 | BLS | Pull and transmit claims orders (.2); speak to client re same (.1). | 0.30 | 440.00 | 132.00 |
| | | **Objection to Discharge Totals** | **3.70** | | **1,604.00** |
| | | **Total Fees** | **93.90** | | **30,803.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/02/08 | Messenger; Messenger - Inv. # 2989-3408 - To US Bankruptcy Court (BLS) | 5.66 |
| 09/02/08 | Photocopy; Photocopying - Order Denying Discharge (BLS) | 7.80 |
| 09/09/08 | Messenger; Messenger - Inv. # 2989-3440 - To US Bankruptcy Court (BLS) | 5.66 |
| 09/24/08 | Photocopy; Photocopying - High Ridge Fee Application (PAC) | 53.20 |
| 09/24/08 | Photocopy; Photocopying - Shaw Gussis Fee Application (PAC) | 37.80 |
| 09/28/08 | Federal Express/Shipping; Federal Express to South Carolina Secretary of State/UCC Division/Columbia SC (PMF) | 23.36 |
| 09/30/08 | Postage; Postage - 9/1/08 - 9/30/08 | 40.14 |
| 10/03/08 | Pacer Research; Pacer Online Docket Charges - 7/1/08 - 9/30/08 | 11.76 |
| 10/21/08 | Messenger; Messenger to High Ridge Partners, Inc. (RMF2) | 5.00 |
| 12/31/08 | Pacer Research; Pacer chargers 10/1/08 - 12/31/08 | 4.08 |
| 04/30/09 | Postage; Postage 4/1/09 - 4/30/09 | 6.70 |
| 08/04/09 | Westlaw; Legal Research - Motion to Reconsider. (VRG) | 15.55 |
| 08/05/09 | Westlaw; Legal Research - Motion to Reconsider. (VRG) | 36.47 |
| 08/10/09 | Westlaw; Legal Research - (VRG) | 12.11 |
| 09/30/09 | Pacer Research; Pacer Online Docket Charges 07/01/09 - 9/30/09 | 10.08 |
| 09/30/09 | Postage; Postage - 9/1/09 - 9/30/09 | 16.20 |
| 01/11/12 | Photocopy; Objection to claim (RF) | 3.00 |
| 01/31/12 | Postage; Postage 1/1/12 - 1/31/12 | 2.96 |
| | **Total Disbursements** | **297.53** |

Page: 5

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

| | |
|---|---|
| Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey | February 29, 2012 |
| I.D. 5790-000 - RF | Invoice 5743 |
| Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY) | |

|  |  |
|---|---|
| **Total Fees and Disbursements** | 31,100.53 |
| **Total Current Charges** | 31,100.53 |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey  February 29, 2012
I.D. 5790-000 - RF  Invoice 5743
Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY)

### Fee Recap

| Name | Title | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Brian L. Shaw | Member | 37.10 | 450.00 | 16,251.00 |
| Marylynne Schwartz | Associate | 30.80 | 245.00 | 7,257.00 |
| Patrick A. Clisham | Associate | 17.90 | 280.00 | 4,875.50 |
| Vipin G. Gandra | Associate | 1.40 | 250.00 | 350.00 |
| Melissa A. Westbrook | Paralegal | 0.80 | 170.00 | 136.00 |
| Patricia M. Fredericks | Paralegal | 2.50 | 175.00 | 437.50 |
| Richard M. Fogel | Of-Counsel | 3.40 | 440.00 | 1,496.00 |
| **Totals** | | **93.90** | | **30,803.00** |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey | February 29, 2012 |
| I.D. 5790-000 - RF | Invoice 5743 |
| Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY) | |

### Fee Recap by Task Code Description

| Task Code | Hours | Amount |
|---|---|---|
| Case Administration | 7.50 | 2,985.50 |
| Claims | 68.00 | 21,176.50 |
| Employment/Compensation of Professionals | 14.70 | 5,037.00 |
| Objection to Discharge | 3.70 | 1,604.00 |
| **Total Fees** | **93.90** | **30,803.00** |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel, Trustee for Charles A. Rey and Dolores A. Rey | February 29, 2012 |
| I.D. 5790-000 - RF | Invoice 5743 |
| Re: Represent Chapter 7 Trustee (RMF 5790 FOGEL/TRUSTEE/REY) | |

### Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 101.80 |
| Federal Express/Shipping | 23.36 |
| Messenger | 16.32 |
| Pacer Research | 25.92 |
| Postage | 66.00 |
| Westlaw | 64.13 |
| **Total Disbursements** | **297.53** |