# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 04-35040 |
| ) | (Substantively Consolidated) |
| REY, CHARLES ALLAN ) | |
| REY, DOLORES ANN ) | |
| HEARTLAND DIRECT, INC. ) | |
| LIFETIME MARKETING, INC. ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on May 16, 2012 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  April 19, 2012                    By:   /s/  Richard M. Fogel
                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: REY, CHARLES ALLAN § Case No. 04-35040
REY, DOLORES ANN §
HEARTLAND DIRECT, INC. §
Debtor(s) LIFETIME MARKETING, INC. §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,774,498.67 |
| *and approved disbursements of* | $ 2,449,223.63 |
| *leaving a balance on hand of* [1] | $ 325,275.04 |
| **Balance on hand:** | $ 325,275.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5H-A | DEPARTMENT OF THE TREASURY-IRS | 10,469.90 | 10,469.90 | 0.00 | 10,469.90 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 10,469.90 |
| Remaining balance: | $ 314,805.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 27,000.00 | 0.00 | 27,000.00 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 30,803.00 | 0.00 | 30,803.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 297.53 | 0.00 | 297.53 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 6,938.00 | 0.00 | 6,938.00 |
| Accountant for Trustee, Expenses - POPOWCER KATTEN, LTD. | 5.81 | 0.00 | 5.81 |
| Fees, United States Trustee | 1,000.00 | 0.00 | 1,000.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 66,044.34 |
| Remaining balance: | $ | 248,760.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: CRANE HEYMAN | 88,411.21 | 0.00 | 88,411.21 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 88,411.21 |
| Remaining balance: | $ | 160,349.59 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $78,599.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6L | OFFICE OF THE ATTORNEY GENERAL | 7,736.29 | 0.00 | 7,736.29 |
| 1H-A | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 47.79 | 0.00 | 47.79 |
| 3L-A | STATE OF FLORIDA-DEPT OF REVENUE | 1,171.32 | 0.00 | 1,171.32 |
| 5H-B | DEPARTMENT OF THE TREASURY-IRS | 37.21 | 0.00 | 37.21 |
| 9L-A | LOUISIANA DEPARTMENT OF REVENUE | 847.01 | 0.00 | 847.01 |
| 37R-A | DEPARTMENT OF THE TREASURY | 68,760.15 | 0.00 | 68,760.15 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 78,599.77 |
| Remaining balance: | $ | 81,749.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 2,905,086.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1L | BRG, INC. | 132,048.20 | 0.00 | 3,715.88 |
| 4H | VERTRUE INCORPORATED, fka MEMBER WORKS, INC. | 1,086,175.59 | 0.00 | 30,565.23 |
| 4L | ALFORD & WILKINS | 2,815.42 | 0.00 | 79.23 |
| 6H | JAFF MARKETING GROUP, INC. | 177,497.02 | 0.00 | 4,994.81 |
| 6R | RETAILERS NATIONAL BANK-TARGET VISA | 7,501.19 | 0.00 | 211.09 |
| 7L | CITIBANK (SOUTH DAKOTA) N.A. | 81,727.64 | 0.00 | 2,299.83 |
| 8H | GLEASON SKLAR SAWYERS, ET AL. | 1,500.00 | 0.00 | 42.21 |
| 8L | GLEESON SKLAR SAWYERS, ET AL. | 43,530.89 | 0.00 | 1,224.97 |
| 9R | ALLSTAR MARKETING GROUP LLC | 106,725.00 | 0.00 | 3,003.27 |
| 14R | ECAST SETTLEMENT COPR, ASSIGNEE OF GE/EXXON | 479.25 | 0.00 | 13.49 |
| 21R | ILLINOIS DEPARTMENT OF REVENUE | 144.40 | 0.00 | 4.06 |
| 22R | NEW SUB MAGAZINE SERVICES LLC & GIFT SERVICES | 1,118,056.00 | 0.00 | 31,462.35 |
| 24R | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 14,622.44 | 0.00 | 411.48 |
| 25R | E&B GIFTWARE LLC | 1,121.96 | 0.00 | 31.57 |
| 26R | AL POLITI | 3,552.00 | 0.00 | 99.95 |
| 27R | H.C. NAHIGIAN AND SONS | 1,101.15 | 0.00 | 30.99 |
| 29R | ECAST SETTLEMENT CORP., ASSIGNEE | 25,777.32 | 0.00 | 725.38 |
| 30R | KEYTH TECHNOLOGIES | 5,762.95 | 0.00 | 162.17 |
| 31R | EMERSON RADIO CORP. | 35,000.00 | 0.00 | 984.91 |
| 1H-B | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 100.00 | 0.00 | 2.81 |
| 3L-B | STATE OF FLORIDA-DEPT OF REVENUE | 100.00 | 0.00 | 2.81 |
| 5L-B | LINDA CONNOR | 47,162.80 | 0.00 | 1,327.17 |

UST Form 101-7-NFR (10/1/2010)

| Claim | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9L-B | LOUISIANA DEPARTMENT OF REVENUE | | 0.00 | 5.27 |
| 37R-B | DEPARTMENT OF THE TREASURY | 12,398.41 | 0.00 | 348.89 |

Total to be paid for timely general unsecured claims: $ 81,749.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 04-35040-ABG
Charles Allan Rey                                                   Chapter 7
Dolores Ann Rey
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                 Page 1 of 3                   Date Rcvd: Apr 20, 2012
                               Form ID: pdf006               Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2012.
db           #Charles Allan Rey,    P O Box 23499,    Hilton Head Island, SC  29925-3499
jdb          +Dolores Ann Rey,    2012 Burr Oak Drive,    Glenview, IL 60025-1851
aty          +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
8505649      +ABT Electronics,    1200 N. Milwaukee Ave.,    Glenview, IL 60025-2416
8505650      +Airoom Architects, Inc.,    6825 N. Lincoln Ave.,    Lincolnwood, IL 60712-2623
10935243     +Al Politi,    4 Princeton Circle,    Hilton Head Island, SC 29928-3957
8505651      +Allstar Marketing Group LLC,    Timothy J Carroll Leslie A Bayles,
               Vedder Price Kaufman & Kammholz PC,    222 N Lasalle Street Ste 2600,    Chicago, Il 60601-1100
10935244      At&t,    P O Box 9001309,    Louisville, KY 40290-1309
8721958      +BRG, Inc.,    c/o Michael L Ralph Sr,    175 E Hawthorn Pkwy, Ste 345,
               Vernon Hills, IL 60061-1460
8505652      +Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
10935245      Bank of America,    P O Box 60073,    City of Industry, CA 91716-0073
8505653      +Barrington Pool,    PO Box 3906,    Barrington, IL 60011-3906
8505654       Beaufort County Treasurer,    PO Box 487,    Beaufort, SC 29901-0487
11092514     +Benjamin Rey,    119 Honey Hill Drive,    Bluffton, SC 29909-4410
8505655      +Boyer-Rosene,    2512 S. Clearbrook Dr.,    Arlington Heights, IL 60005-4624
8633199      +Brg Inc,    253 Asland Court,    Buffalo Grove, Il 60089-1774
8505656      +Brg Inc.,    P O Box 745,    Mundelein, Il 60060-0745
8505657      +Capital One,    PO Box 85147,    Richmond, VA 23276-0001
11092513     +Charles A Rey Jr,    119 Honey Hill Drive,    Bluffton, SC 29909-4410
10935246     +Charles Rey Jr,    44 Planters Row,    Hilton Head Island, SC 29928-5504
8824762      +Cingular Wireless,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
8505658       Citibank,    P.O. Box 8810,    South Hackensack, NJ 07606
10935247     +Citibank NA,    c/o Gregory Jordan Dykema Gossett,    10 S Wacker Drive Ste 2300,
               Chicago, Il 60606-7509
8633198      +Cook County Collector,    118 N Clark,    Chicago, Il 60602-1394
11084206     +Crane, Heyman, Simon, Welch & Clar,    135 S. LaSalle, #3705,    Chicago, Illinois 60603-4101
8505659      +Designer Kitchens and Baths,    360 South Waukegan Ave.,    Deerfield, IL 60015-5653
10935248     +E&B Giftware LLC,    P O Box 951305,    Cleveland, OH 44193-0011
8505661      +ENH Medical,    1306 Waukegan Road,    Glenview, IL 60025-3072
8505663      +Federal Express,    Attn: Barry T. Bammaro,    501 Union Street, Suite 200,
               Nashville, TN 37219-1713
8555389      +Gift Services LLC,    Eric N Macey,    Novack and Macey LLP,    303 W Madison Ste 1500,
               Chicago, Il 60606-3380
8505670      +H.C. Nahigian and Sons,    5140 Golf Road,    Skokie, IL 60077-1297
10581668      Illinois Department of Revenue,    100 West Randolph Level 7-425,    Bankruptcy Unit,
               Chicago IL 60601
8505664      +Keyth Technologies,    PO Box 1132,    Glenview, IL 60025-8132
8505665      +Keyth Technologies, Inc.,    c/o Steven D Gertler & Assoc,    188 W. Randolph St. Ste 1518,
               Chicago, IL 60601-2908
8505666      +Lifetime Marketing, Inc.,    PO Box 2279,    Glenview, IL 60025-6279
8505667      +MBM Company, Inc.,    c/o Ferllgeh & Associates, Ltd.,    29 S. La Salle St., #300,
               Chicago, IL 60603-1502
8980989      +Max Chill,    Steven R Radtke,    Chill Chill & Radtke PC,    20 N Clark Street Ste 1425,
               Chicago, Il 60602-4109
8505668      +Memberworks Inc,    c/o Greenberg Traurig LLP,    77 W. Wacker Dr., #2500,    Chicago, IL 60601-1643
11092511     +Michael Rey,    119 Honey Hill Drive,    Bluffton, SC 29909-4410
8505669      +Mikamal-Fard,    c/o Dronis Harrington & Wilson,    77 W. Washington,    Chicago, IL 60602-2801
8662354      +NewSub Magazine Services LLC and,    Gift Services LLC,    Eric N Macey and Richard L Miller II,
               100 N Riverside Plaza,    Chicago, Il 60606-1501
8505671      +Newsub Magazine Services, LLC,    Four High Ridge Park,    Stamford, CT 06905-1325
8505672      +Newsub Magazine Services, LLC,    c/o Novack & Macey LLP,    303 W. Madison, Ste #1500,
               Chicago, IL 60606-3380
8633197       Northview Bank & Trust,    245 Waukegan,    Wilmette, Il 60091
8505674      +Northview Bank & Trust,    c/o Olson, Grabill & Flitcraft,    707 SKokie Blvd., #420,
               Northbrook, IL 60062-2839
8505673       Northview Bank & Trust,    245 Ivan Kegan,    Wilmette, IL 60091
10920331     +Office of the U.S. Trustee,    227 West Monroe Ste 3350,    Chicago, Il 60606-5099
8505675       PIC,    125 Armstrong Road,    Des Plaines, IL 60018
10935251     +Palmelto Electric Cooperative,    111 Matthews Drive,    P O Box 23619,
               Hilton Head Island, SC 29925-3619
10935252     +Pops Direct Inc,    44 Planters Row,    Hilton Head Island, SC 29928-5504
8505676      +Sherman Acquisition,    c/o Wolpoff & Abramson, LLP,    702 King Arm Blvd.,
               Rockville, MD 20850-5774
8505677      +Shipman & Goodman, LLP,    300 Atlantic St.,    Stamford, CT 06901-3522
8505678      +Sun Trust Mortgage Inc,    Berton J Maley,    Codilis & Associates PC,
               15W030 North Frontage Road Ste 100,    Burr Ridge, IL 60527-6921
8505679       Target Visa,    c/o Retailers National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
10935253      The Hartford,    P O Box 2907,    Hartford, CT 06104-2907
8633200      +UPS Capital,    280 Trumbull Street,    Hartford, Ct 06103-3509
8677156      +UPS Capital Business Credit,    Levenfeld Pearlstein LLC,    c/o William S Schwartz,
               211 Waukegan Road Suite 300,    Waukegan, IL 60093-2747
```

```
District/off: 0752-1          User: nmolina              Page 2 of 3                  Date Rcvd: Apr 20, 2012
                              Form ID: pdf006            Total Noticed: 67

 8505680     +UPS Capital Business Credit,    William S Schwartz, Sheryl A Fyock,    Levenfeld Pearlstein LLC,
               2 North Lasalle Street Ste 1300,    Chicago, IL 60602-3709
11060326      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480
 8505662     +eCast Settlement Corp,    assignee of General Electric/Exxon Mobil,    PO BOx 35480,
               Newark, NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 8548477       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2012 03:42:33       Discover Bank,
               Discover Financial Services,    P O Box 8003,    Hilliard, OH 43026
 8505660       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2012 03:42:33       Discover Card,    PO Box 15251,
               Wilmington, DE 19886
10944354       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 21 2012 03:42:33
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
10935250       E-mail/Text: bankruptcy.notices@htc.hargray.com Apr 21 2012 01:32:07       Hargray,
               Hargray Remittance Center,    P O Box 2000,    Hilton Head Island, SC 29938-2000
 8638047       E-mail/Text: cio.bncmail@irs.gov Apr 20 2012 23:56:21       Dept of the Treasury IRS,
               P O Box 21126,    Philadelphia, PA 19114
12889849       E-mail/Text: cio.bncmail@irs.gov Apr 20 2012 23:56:21       INTERNAL REVENUE SERVICE,
               P O BOX 21126,    PHILADELPHIA, PA 19114
 8604328     +E-mail/Text: bncmail@w-legal.com Apr 21 2012 02:32:41       Retailers National Bank - TARGET VISA,
               Retailers National Bank,    c/o Weinstein, Treiger & Riley, P.S.,    2101 4th Ave., Suite 900,
               Seattle, WA 98121-2339
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Shaw Gussis Fishman Glantz Wolfson & Towbin,LLC
10920332      Office of the U.S. Trustee
10935249    ##+Emerson Radio Corp,    9 Entin Road,    Parsippany, NJ 07054-5000
11092521    ##+Pops Direct Inc,    119 Honey Hill Drive,    Bluffton, SC 29909-4410
10935254     ##United Financial Cas Co,    P O Box 30108,    Tampa, FL 33630-3108
                                                                                   TOTALS: 2, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2012**          **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 3 of 3                  Date Rcvd: Apr 20, 2012
                              Form ID: pdf006            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2012 at the address(es) listed below:

          Adam B. Rome    on behalf of Cross Defendant   UPS Capital Business Credit arome@grglegal.com,
           abernath@grglegal.com
          Anastasios S. Lomvardias    on behalf of Creditor   Northview Bank & Trust steve@wrestlaw.com,
           alomvard@aol.com
          Arthur G Simon    on behalf of Debtor   Lifetime Marketing  Inc asimon@craneheyman.com,
           gbalderas@craneheyman.com;sclar@craneheyman.com
          Brian L Shaw    on behalf of Cross-Claimant Richard Fogel bshaw100@shawgussis.com,
           bharrington@shawgussis.com
          Collin B Williams    on behalf of Creditor   Vertrue Incorporated williamsco@gtlaw.com,
           scavom@gtlaw.com;ChiBkyDocket@gtlaw.com
          Daniel C Walters    on behalf of Creditor   Suntrust Mortgage Inc nd-two@il.cslegal.com
          David K Welch    on behalf of Counter-Claimant   Charles A. Rey dwelch@craneheyman.com,
           gbalderas@craneheyman.com;jdan@craneheyman.com
          David W. Forth    on behalf of Creditor   BMW Financial Services NA, L.L.C. dforth@dmfirm.com
          Evangelos J. Gegas    on behalf of Creditor   Citibank (South Dakota), N.A., Citibank, USA, N.A.,
           Citicorp Credit Services, Inc. and Citicorp Diners Club, Inc. egegas@dykema.com
          Gregory J Jordan    on behalf of Creditor   Citibank  USA NA gjordan@jka-law.com
          Janice A Alwin    on behalf of Cross-Claimant Richard Fogel janice@oakpointpartners.com,
           jake@oakpointpartners.com
          Jeffrey C Dan    on behalf of Counter-Claimant   Charles A. Rey jdan@craneheyman.com,
           gbalderas@craneheyman.com;dwelch@craneheyman.com
          Lawrence M Karlin    on behalf of Attorney Jeffrey Dan lkarlin@ke-llp.com
          Leslie Allen Bayles    on behalf of Creditor   All Star Marketing Group L.L.C.
           lbayles@vedderprice.com
          Marylynne K Schwartz    on behalf of Trustee Richard Fogel mschwartz@shawgussis.com
          Matthew T. Gensburg    on behalf of Creditor   Vertrue Incorporated gensburgm@gtlaw.com,
           chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com;sullivanka@gtlaw.com
          Michael L Ralph    on behalf of Creditor   MBM Company, Inc. mralph@rss-chtd.com,
           vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
          Morgan M. Smith    on behalf of Counter-Defendant   SunTrust Mortgage, Inc. mmsmith@dykema.com,
           truckman@dykema.com
          Patrick A Clisham    on behalf of Cross-Claimant Richard Fogel patrickclisham@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter J Schmidt    on behalf of Creditor   Citibank (South Dakota), N.A., Citibank, USA, N.A.,
           Citicorp Credit Services, Inc. and Citicorp Diners Club, Inc. pschmidt@polsinelli.com
          Richard L. Miller    on behalf of Creditor   Gift Services LLC rmiller@novackandmacey.com,
           bvincent@novackandmacey.com
          Richard M Fogel    rfogel@shawgussis.com,    IL72@ecfcbis.com
          Richard M Fogel    on behalf of Financial Advisor   High Ridge Partners Inc rfogel@shawgussis.com
          Richard S Lauter    on behalf of Cross Defendant   UPS Capital Business Credit
           rlauter@freebornpeters.com,    bkdocketing@freebornpeters.com
          Robert D Nachman    on behalf of Plaintiff   SunTrust Mortgage, Inc. robert.nachman@bfkn.com,
           jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
          Robert W Lannan    on behalf of Creditor   Memberworks Incorporated lannanr@gtlaw.com
          Sherri Morissette    on behalf of Creditor   Memberworks Incorporated morissettes@gtlaw.com,
           rodriguezeli@gtlaw.com
          Sheryl A Fyock    on behalf of Creditor   UPS Capital Business Credit sfyock@llflegal.com
          Steven R Radtke    on behalf of Trustee Daniel Hoseman sradtke@chillchillradtke.com
          William S Hackney    on behalf of Creditor   Pops Direct, Inc. whackney@salawus.com,
           jadams@salawus.com

                                                                                                                                TOTAL: 31